IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RYAN PAUL CUMMINGS,

      Appellant,

 v.

                                Case No.  5D22-898
                                LT Case No. 1999-CF-9663-AO

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 9, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Ryan Paul Cummings, Live Oak,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, SASSO and NARDELLA, JJ., concur.